# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 4:25-CR-486** |
| **v.** | |
| **JOSE ANTONIO INFANTE** | |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c))

1.    On or about June 8, 2025, in the Southern District of Texas, the defendant,

### JOSE ANTONIO INFANTE,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of

violence for which he may be prosecuted in a court of the United States, that is, carjacking.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

### COUNT TWO
### (Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c))

2.    On or about June 16, 2025, in the Southern District of Texas, the defendant,

### JOSE ANTONIO INFANTE,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of

violence for which he may be prosecuted in a court of the United States, that is, carjacking.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## NOTICE OF CRIMINAL FORFEITURE

3.      Pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the United States of America hereby gives notice that the firearm(s) involved in any knowing violation of 18 U.S.C. § 924(c) as charged in Counts One and Two, are subject to forfeiture, including, but not limited to, the following: one Taurus G3c 9mm pistol, serial number ACE889470, and all attendant magazines, clips and ammunition.

John G.E. Marck
Acting United States Attorney


Justin R. Martin
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9000